UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GLENN BRADY,
And
MARY BRADY

       Plaintiffs,  CASE NO: 3:17-cv-638-J-39JRK

  v.

ALLY FINANCIAL INC.
      Defendant.

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to M.D. FL. Local Rule 2.03, the undersigned counsel and undersigned Defendant Ally Financial Inc. ("Ally"), and counsel for Plaintiff does not oppose to the withdrawal of Justin T. Wong, Esq., as counsel for Defendant in this proceeding.

The undersigned requests that all further pleadings, orders, notices, and other documents be directed to:

Gillian Williston, Esq.
FL Bar No. 14270
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
(757) 687-7517

35215008

Email: gillian.williston@troutman.com

Attorney Gillian Williston has entered her appearance on behalf of Defendant Ally, and Ally consents to this withdrawal.

A proposed Order granting leave to withdraw is submitted herewith for the convenience of the Court.

This 21st day of May, 2018.

Respectfully submitted,

TROUTMAN SANDERS LLP

By:   */s/ Justin T. Wong*
Justin T. Wong, Esq.
Florida Bar No. 89477
TROUTMAN SANDERS LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia 30308-2216
Telephone: (404) 885-3974
Justin.wong@troutman.com

Gillian Williston, Esq.
Florida Bar No. 14270
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7517
Gillian.williston@troutman.com

35215008

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May, 2018, I electronically filed the foregoing *Motion to Withdraw* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
Max Story, Esq.
328 2nd Avenue North
Jacksonville Beach, Florida 32250

*/s/ Justin Wong*
Justin Wong

35215008