**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GLENN BRADY and MARY BRADY,

        Plaintiff,

vs.                                                    Case No.  3:17-cv-638-J-39JRK

ALLY FINANCIAL, INC.,

        Defendant.
_____/

**O R D E R**

    1.    The Unopposed Motion to Withdraw as Counsel (Doc. No. 33), filed May 21, 2018, in which Justin T. Wong seeks permission to withdraw as counsel of record for Defendant, is **GRANTED**.

    2.    Justin T. Wong is permitted to withdraw as counsel of record for Defendant in this matter. Defendant will continue to be represented by the other counsel of record.

    3.    The proposed order attached to the Motion (Doc. No. 33-1) is **STRICKEN**, and the Clerk shall remove it from the electronic filing system.[1]

**DONE AND ORDERED** at Jacksonville, Florida on May 22, 2018.

*/s/ James R. Klindt*
**JAMES R. KLINDT**
United States Magistrate Judge

mdc
Copies to:
Counsel of Record

---

[1] Although the Court appreciates Defendant's efforts in preparing a proposed order, its submission is inconsistent with the Court's Administrative Procedures for Electronic Filing, Section IV.A.4, that states, "No proposed order may be submitted unless authorized by the assigned judge." See also Local Rule 1.01(a).