UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISON

**GLENN BRADY, and
MARY BRADY,**                              **CASE NO.: 3:17-cv-0638-BJD-JRK**

   **Plaintiffs,**
vs.

**ALLY FINANCIAL, INC.,**

   **Defendant.**
_____/

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the Plaintiffs, Glenn Brady and Mary Brady ("Plaintiffs") and Defendant, Ally Financial, Inc., jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs.

### Consent of Counsel for Defendant

Pursuant to Local Rule 1.05(d), the undersigned counsel for Plaintiff represents to the Court that counsel for Ally Financial, Inc., has authorized him to affix her electronic signature to this Joint Stipulation of Dismissal with Prejudice.

Respectfully submitted this 7th day of December, 2018,

/s/ Max Story                           /s/ Gillian Williston
Max Story, Esq.                         Gillian Williston, Esq.
Florida Bar No. 0527238                 Florida Bar No. 14270
Austin J. Griffin, Esquire              Troutman Sanders LLP
Florida Bar No.: 117740                 222 Central Park Avenue, Suite 2000
328 2nd Ave. North, Suite 100           Virginia Beach, Virginia 23462
Jacksonville Beach, FL 32250            Phone: (757) 687-7517
Phone: (904) 372-4109                   Gillian.williston@troutman.com
Fax: (904) 758-5333                     *Counsel for Defendant, Ally Financial, Inc.*
max@storylawgroup.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the forgoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record, this 7th day of December, 2018.

                                  /s/ Max Story_____
                                  Florida Bar:  0527238