UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GLENN BRADY and MARY BRADY,**

    **Plaintiffs,**

v.                                           Case No. 3:17-cv-638-J-39JRK

**ALLY FINANCIAL, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 39; Stipulation) filed on December 7, 2018. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 11th day of December, 2018.

BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record